David R. Shane, Esq. [SBN: 109890]
Robert J. Taitz, Esq. [SBN: 168334]
SHANE & TAITZ
1000 Drakes Landing Road, Suite 200
Greenbrae, California 94904-3027
Telephone: 415/464-2020
Facsimile: 415/464-2024

Attorneys for Defendant
FEDERAL EXPRESS CORPORATION
[sued herein as Federal Express Corp.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ST. PAUL FIRE AND MARINE INSURANCE COMPANY,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>FEDERAL EXPRESS CORP. and DOES 1-10,<br><br>　　　　　Defendants. | Case No. C 07-02166 JCS<br><br>**SUBSTITUTION OF ATTORNEYS and [Proposed] ORDER THEREON** |

Defendant FEDERAL EXPRESS CORPORATION [sued herein as Federal Express Corp.] hereby substitutes David S. Wilson as its counsel of record in the instant action:

　　　　David S. Wilson [SBN: 174185]
　　　　Legal Department
　　　　Federal Express Corporation
　　　　2601 Main Street, Suite 340
　　　　Irvine, California 92614
　　　　Telephone: 949/862-4656

in place of Robert J. Taitz of Shane & Taitz, 1000 Drakes Landing Road, Suite 200, Greenbrae, California 94904 [Telephone: 415/464-2020].

This substitution of counsel will not result in any delays in the calendar previously scheduled by this Court.

DATED: May 14th, 2007

I hereby consent to this substitution.

Justin M. Ross
Senior Attorney
Federal Express Corporation
Legal Department/Memphis, Tn

I hereby consent to this substitution.

DATED: May 7, 2007

Robert J. Taitz
Shane & Taitz

I hereby consent to this substitution.

DATED: May 16, 2007

David S. Wilson
Senior Attorney
Legal Department/Irvine, Ca
Federal Express Corporation

## [~~Proposed~~] Order

The above-requested substitution of attorneys is **HEREBY ORDERED** **GRANTED**.

DATED: May 22, 2007

Jose
Unite                       Judge
*Judge Joseph C. Spero*