```
1   PHILIP A. FANT (SBN 154600)
    COZEN O'CONNOR
2   425 California Street, Suite 2400
    San Francisco, California 94104
3   Telephone: 415.617.6100
    Facsimile: 415.617.6101
4
5   E-Mail: pfant@cozen.com

    Attorneys for Plaintiff
6   LEXINGTON INSURANCE COMPANY

7   Justin Michael Ross (admitted pro hac vice)
    Federal Express Corporation
8   Legal Dept.
    3620 Hacks Cross Road
9   Bldg. B, 2nd Floor
    Memphis, TN 38125
10  901-434-8556
    Fax: 901-434-4523
11  Email: justin.ross@fedex.com

12  Attorney for Defendant
    Federal Express Corporation
13
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ST. PAUL FIRE AND MARINE INSURANCE COMPANY,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>FEDERAL EXPRESS CORP.<br><br>　　　　　　Defendant. | Case No.: CV 07-02166 MJJ<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER FOR LEAVE TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE**<br><br>Case Management Conference<br>Date: August 14, 2007<br>Time: 1:45 p.m.<br>Courtroom: 11, 19th Floor |

　　　　The parties herein, through undersigned counsel, hereby stipulate to and respectfully request leave to appear telephonically at the Case Management Conference on August 14, 2007 at 1:45 p.m .

---

1
**STIPULATION AND PROPOSED ORDER FOR LEAVE TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE**
Case No.: CV 07-02166 MJJ

| | | |
|---|---|---|
| 1 | DATED: August 9, 2007 | COZEN O'CONNOR |
| 2 | | |
| 3 | | By: _____ |
| 4 | | PHILIP A. FANT |
| | | Attorneys for Plaintiff |
| 5 | | LEXINGTON INSURANCE COMPANY |
| 6 | DATED: August 9, 2007 | FEDEX EXPRESS LEGAL DEPARTMENT |
| 7 | | |
| 8 | | By: _____ |
| 9 | | JUSTIN MICHAEL ROSS |
| | | Attorneys for Defendant |
| 10 | | FEDERAL EXPRESS CORP. |

ORDER

In view of the foregoing stipulation and request of counsel, IT IS ORDERED that counsel may appear telephonically at the Case Management Conference herein on August 14, 2007 at 1:45 p.m.

Counsel shall dial (415) __522-4141_____ at that time to be connected with the Court.

Dated: ___8/13/2007_____      _____
                                                                    U.S. DISTRICT JUDGE

2

**STIPULATION AND PROPOSED ORDER FOR LEAVE TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE**
Case No.: CV 07-02166 MJJ