DAVID S. WILSON, III, Esq., Bar No. 174185
2601 Main Street Suite 340
Irvine, California 92614
Telephone: (949) 862-4656
Facsimile: (949) 862-4605
E-mail: dswilson@fedex.com

JUSTIN M. ROSS, *Admitted pro hac vice*
3620 Hacks Cross Rd., Bldg. B, 3rd Floor
Memphis, TN 38125
Telephone: (901) 752-4470
Facsimile: (901) 434-4523
E-mail: justin.ross@fedex.com

ATTORNEYS FOR DEFENDANT
FEDERAL EXPRESS CORPORATION

PHILIP FANT
COZEN O'CONNOR
425 California Street, Suite 2400
San Francisco, CA 94104
Tel) 415-617-6110
(Fax) 866-537-7531
pfant@cozen.com

ATTORNEYS FOR PLAINTIFF ST. PAUL
FIRE AND MARINE INSURANCE COMPANY

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| ST. PAUL FIRE AND MARINE INSURANCE COMPANY, <br><br> Plaintiff, <br> vs. <br><br> FEDERAL EXPRESS CORP. and DOES 1-10, <br><br> Defendant. | **Case No.: C 07-02166 MJJ** <br> STIPULATION OF DISMISSAL <br> AND ORDER <br><br> Trial Date: Mar. 17, 2008 <br> Time: 8:30 a.m. <br> Honorable Martin J. Jenkins |

STIPULATION OF DISMISSAL; CASE NO. C 07-2166 MJJ

1 | Plaintiff, St. Paul Fire and Marine Insurance Company and Defendant, Federal Express
2 | Corporation, through their attorneys of record, hereby stipulate to the dismissal without prejudice
3 | of Plaintiff's complaint against Defendant in the above captioned matter.

Dated: February 4, 2008

AGREED TO:

By: /s/    Justin M .Ross
Justin M. Ross, Esquire

Attorneys for Defendant
Federal Express Corporation

By: /s/   Philip Fant
Philip Fant

Attorneys for Plaintiff
St. Paul Fire and Marine Insurance Company



IT IS SO ORDERED
Judge Martin J. Jenkins
2/13/2008

STIPULATION OF DISMISSAL; CASE NO. C 07-2166 MJJ